| | |
|---|---|
| 1 | Laurence D. King (SBN 206423) |
| | Mario M. Choi (SBN 243409) |
| 2 | KAPLAN FOX & KILSHEIMER LLP |
| | 350 Sansome Street, Suite 400 |
| 3 | San Francisco, CA 94104 |
| | Telephone: 415-772-4700 |
| 4 | Facsimile:  415-772-4707 |
| | lking@kaplanfox.com |
| 5 | mchoi@kaplanfox.com |
| 6 | Robert N. Kaplan (admitted *pro hac vice*) |
| | Jeffrey P. Campisi (admitted *pro hac vice*) |
| 7 | KAPLAN FOX & KILSHEIMER LLP |
| | 850 Third Avenue, 14th Floor |
| 8 | New York, NY 10022 |
| | Telephone: 212-687-1980 |
| 9 | Facsimile:  212-687-7714 |
| 10 | *Lead Counsel for Lead Plaintiff Carl Schwartz* |
| | *  and the Proposed Class* |

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TODD SCHUENEMAN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ARENA PHARMACEUTICALS, INC., JACK LIEF, DOMINIC P. BEHAN, WILLIAM R. SHANAHAN, and CHRISTY ANDERSON,<br><br>Defendants. | Case No. 3:10-cv-01959-CAB<br><br>**NOTICE OF APPEAL**<br><br>Judge: Hon. Cathy Ann Bencivengo |

*Additional captions on following page*

| | |
|---|---|
| WILLIAM SUTLIFF and JEAN SUTLIFF, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ARENA PHARMACEUTICALS, INC., JACK LIEF and WILLIAM SHANAHAN, JR.<br><br>Defendants. | Case No. 3:10-cv-01961-CAB |
| WILLIAM PRATT, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>ARENA PHARMACEUTICALS, INC., JACK LIEF, DOMINIC P. BEHAN, WILLIAM R. SHANAHAN, JR. and CHRISTY ANDERSON,<br><br>Defendants. | Case No. 3:10-cv-01977-CAB |
| CRAIG RUBENSTEIN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>ARENA PHARMACEUTICALS, INC., JACK LIEF, DOMINIC P. BEHAN, WILLIAM R. SHANAHAN, JR. and CHRISTY ANDERSON,<br><br>Defendants. | Case No. 3:10-cv-01984-CAB |

*captions continue on next page*

| | | |
|---|---|---|
| 1 | RODNEY VELASQUEZ, on behalf of himself and all others similarly situated, | Case No. 3:10-cv-02026-CAB |
| 2 | | |
| 3 | Plaintiff, | |
| 4 | vs. | |
| 5 | ARENA PHARMACEUTICALS, INC., JACK LIEF, DOMINIC P. BEHAN, WILLIAM R. SHANAHAN, JR. and CHRISTY ANDERSON, | |
| 6 | | |
| 7 | Defendants. | |
| 8 | | |
| 9 | THONG VU, individually and on behalf of all others similarly situated, | Case No. 3:10-cv-02086-CAB |
| 10 | Plaintiff, | |
| 11 | vs. | |
| 12 | ARENA PHARMACEUTICALS, INC., JACK LIEF, DOMINIC P. BEHAN, WILLIAM R. SHANAHAN, and CHRISTY ANDERSON, | |
| 13 | | |
| 14 | | |
| 15 | Defendants. | |
| 16 | ARIC D. JACOBSON, individually and on behalf of all others similarly situated, | Case No. 3:10-cv-02335-CAB |
| 17 | | |
| 18 | Plaintiff, | |
| 19 | vs. | |
| 20 | ARENA PHARMACEUTICALS, INC., JACK LIEF, DOMINIC P. BEHAN, WILLIAM R. SHANAHAN, JR., and CHRISTY ANDERSON, | |
| 21 | | |
| 22 | Defendants. | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

Notice is hereby given that Lead Plaintiff Carl Schwartz, in the above-captioned matters, hereby appeals to the United States Court of Appeals for the Ninth Circuit from: (1) the Judgment in a Civil Case, entered March 21, 2014 (ECF No. 78); (2) the Order Denying Lead Plaintiff's Motion to Amend Second Consolidated Amended Class Action Complaint, entered March 21, 2014 (ECF No. 77); and (3) the Order Granting Motion to Dismiss Without Prejudice and Denying Motion to Strike, entered November 4, 2013 (ECF No. 71).

DATED: April 18, 2014    KAPLAN FOX & KILSHEIMER LLP

By:   /s/ *Laurence D. King*
　　　　Laurence D. King

Laurence D. King (SBN 206423)
Mario M. Choi (SBN 243409)
KAPLAN FOX & KILSHEIMER LLP
350 Sansome Street, Suite 400
San Francisco, CA 94104
Telephone: 415-772-4700
Facsimile: 415-772-4707
lking@kaplanfox.com
mchoi@kaplanfox.com

Robert N. Kaplan (admitted *pro hac vice*)
Jeffrey P. Campisi (admitted *pro hac vice*)
KAPLAN FOX & KILSHEIMER LLP
850 Third Avenue, 14th Floor
New York, NY 10022
Telephone: 212-687-1980
Facsimile: 212-687-7714

*Lead Counsel for Lead Plaintiff Carl Schwartz and the Proposed Class*

**CERTIFICATE OF SERVICE**

I, Laurence D. King, hereby declare that on April 18, 2014, I caused the foregoing to be filed electronically using the Court's CM/ECF system which sent notifications of the filing to counsel of record.

*/s/ Laurence D. King*
Laurence D. King