COOLEY LLP
MICHAEL A. ATTANASIO (151529)
(mattanasio@cooley.com)
KOJI F. FUKUMURA (189719)
(kfukumura@cooley.com)
RYAN E. BLAIR (246724)
(rblair@cooley.com)
MARY KATHRYN KELLEY (170259)
(mkkelley@cooley.com)
4401 Eastgate Mall
San Diego, CA  92121
Telephone: (858) 550-6000
Facsimile:  (858) 550-6420

Attorneys for Defendants Arena Pharmaceuticals, Inc., Jack Lief, Robert E. Hoffman, Dominic P. Behan, William R. Shanahan, Jr., and Christy Anderson

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD SCHUENEMAN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ARENA PHARMACEUTICALS, INC., JACK LIEF, ROBERT E. HOFFMAN, DOMINIC P. BEHAN, WILLIAM R. SHANAHAN, and CHRISTY ANDERSON,<br><br>Defendants.<br><br>*[Additional Captions on Following Pages]* | Case No.  10-CV-1959-CAB (BLM)<br><br>**DECLARATION OF RYAN E. BLAIR IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S *EX PARTE* APPLICATION TO MODIFY THE SCHEDULING ORDER AND FOR LEAVE TO TAKE ADDITIONAL DEPOSITIONS** |

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

BLAIR. DECL. ISO
DEFS.' OPPOSITION
CASE NO. 10-CV-1959-CAB (BLM)

| | |
|---|---|
| WILLIAM SUTLIFF and JEAN SUTLIFF, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ARENA PHARMACEUTICALS, INC., JACK LIEF, and WILLIAM SHANAHAN, JR.,<br><br>Defendants. | Case No. 10-CV-1961-CAB (BLM) |
| WILLIAM PRATT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ARENA PHARMACEUTICALS, INC., JACK LIEF, ROBERT E. HOFFMAN, DOMINIC P. BEHAN, WILLIAM R. SHANAHAN, JR., and CHRISTY ANDERSON,<br><br>Defendants. | Case No. 10-CV-1977-CAB (BLM) |
| CRAIG RUBENSTEIN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ARENA PHARMACEUTICALS, INC., JACK LIEF, ROBERT E. HOFFMAN, DOMINIC P. BEHAN, WILLIAM R. SHANAHAN, JR., and CHRISTY ANDERSON,<br><br>Defendants. | Case No. 10-CV-1984-CAB (BLM) |

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

BLAIR. DECL. ISO
DEFS.' OPPOSITION
CASE NO. 10-CV-1959-CAB (BLM)

| | |
|---|---|
| RODNEY VELASQUEZ, on behalf of himself and all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ARENA PHARMACEUTICALS, INC., JACK LIEF, ROBERT E. HOFFMAN, DOMINIC P. BEHAN, WILLIAM R. SHANAHAN, JR., and CHRISTY ANDERSON,<br><br>　　　　　　Defendants. | Case No. 10-CV-2026-CAB (BLM) |
| THONG VU, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ARENA PHARMACEUTICALS, INC., JACK LIEF, ROBERT E. HOFFMAN, DOMINIC P. BEHAN, WILLIAM R. SHANAHAN, and CHRISTY ANDERSON,<br><br>　　　　　　Defendants. | Case No. 10-CV-2086-CAB (BLM) |
| ARIC D. JACOBSON, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ARENA PHARMACEUTICALS, INC., JACK LIEF, ROBERT E. HOFFMAN, DOMINIC P. BEHAN, WILLIAM R. SHANAHAN, JR., and CHRISTY ANDERSON,<br><br>　　　　　　Defendants. | Case No. 10-CV-2335-CAB (BLM) |

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

BLAIR. DECL. ISO
DEFS.' OPPOSITION
CASE NO. 10-CV-1959-CAB (BLM)

I, Ryan E. Blair, hereby declare as follows:

1. I am an attorney duly licensed to practice law in the State of California and am admitted to practice before this Court. I am a partner with the law firm of Cooley LLP, attorneys of record for Defendants Arena Pharmaceuticals, Inc. ("Arena"), Jack Lief, Robert E. Hoffman, Dominic P. Behan, William R. Shanahan, Jr., and Christy Anderson. I have personal knowledge of the matters set forth herein and, if called as a witness, I could and would competently testify thereto.

2. On February 22, 2017, Magistrate Judge Major conducted a telephonic case management conference in this case. I participated in this conference call on behalf of Defendants. During the call, Judge Major cautioned the parties that discovery would move quickly, and that she expected both sides to serve focused discovery, consistent with the proportionality requirements of Federal Rule of Civil Procedure 26(b).

3. At various points in May and June 2017, the parties discussed the appropriate custodians and keywords to be used to search emails and attachments. Throughout this negotiation, I urged Plaintiff's counsel to accept more narrow date ranges and keyword search terms that would provide for more focused discovery. By way of example, on June 12, 2017, I proposed keywords that generated approximately 148,000 "hits" and offered to immediately begin review of those emails/attachments. A true and correct copy of my June 12 email is attached as **Exhibit 1** hereto. Plaintiff did not accept this offer. It is my belief that had Plaintiff done so, Defendants production would have been substantially complete by the end of August 2017.

4. As a final compromise, and in the interest of proceeding with discovery, I proposed modifications to Plaintiff's proposed keywords that generated approximately 200,000 hits.

5. In an email on August 3, 2017, I informed Plaintiff's counsel that Defendants anticipated a substantial first-wave production of responsive, non-privileged email/attachments in late August 2017, and anticipated the remaining responsive, non-privileged email/attachments and any other responsive documents

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

1.

BLAIR. DECL. ISO
DEFS.' OPPOSITION
CASE NO. 10-CV-1959-CAB (BLM)

would be produced in mid/late-September 2017. As of August 16, 2017, that remains our estimate.

6. On May 18, 2017, Defendants served their First Set of Requests for Production of Documents on Plaintiff. On June 20, 2017, Plaintiff served objections and responses to those requests. On July 14, 2017, Plaintiff produced 19 responsive documents.

7. In a telephone call with Plaintiff's counsel on August 15, 2017, I offered to coordinate the scheduling of depositions in September, October, and November 2017, but Plaintiff's counsel refused to do so.

8. I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed on August 16, 2017, in San Diego, California.

*/s/ Ryan E. Blair*
Ryan E. Blair

Cooley LLP
Attorneys At Law
San Diego

2.

Blair. Decl. iso
Defs.' Opposition
Case No. 10-cv-1959-CAB (BLM)