| | |
|---|---|
| 1 | COOLEY LLP<br>MICHAEL A. ATTANASIO (151529)<br>(mattanasio@cooley.com)<br>KOJI F. FUKUMURA (189719)<br>(kfukumura@cooley.com)<br>RYAN E. BLAIR (246724)<br>(rblair@cooley.com)<br>MARY KATHRYN KELLEY (170259)<br>(mkkelley@cooley.com)<br>4401 Eastgate Mall<br>San Diego, CA 92121<br>Telephone: (858) 550-6000<br>Facsimile: (858) 550-6420 |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | Attorneys for Defendants Arena Pharmaceuticals, Inc.,<br>Jack Lief, Robert E. Hoffman, Dominic P. Behan,<br>William R. Shanahan, Jr., and Christy Anderson |
| 9 | |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TODD SCHUENEMAN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ARENA PHARMACEUTICALS, INC., JACK LIEF, ROBERT E. HOFFMAN, DOMINIC P. BEHAN, WILLIAM R. SHANAHAN, and CHRISTY ANDERSON,<br><br>Defendants. | | Case No. 10-CV-1959-CAB (BLM)<br><br>**DECLARATION OF RYAN E. BLAIR PURSUANT TO THE COURT'S ORDER OVERRULING PLAINTIFF'S OBJECTION TO MAGISTRATE JUDGE'S JULY 21, 2017 ORDER [DKT. NO. 133]** |

*[Additional Captions on Following Pages]*

| | |
|---|---|
| WILLIAM SUTLIFF and JEAN SUTLIFF, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ARENA PHARMACEUTICALS, INC., JACK LIEF, and WILLIAM SHANAHAN, JR.,<br><br>Defendants. | Case No. 10-CV-1961-CAB (BLM) |
| WILLIAM PRATT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ARENA PHARMACEUTICALS, INC., JACK LIEF, ROBERT E. HOFFMAN, DOMINIC P. BEHAN, WILLIAM R. SHANAHAN, JR., and CHRISTY ANDERSON,<br><br>Defendants. | Case No. 10-CV-1977-CAB (BLM) |
| CRAIG RUBENSTEIN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ARENA PHARMACEUTICALS, INC., JACK LIEF, ROBERT E. HOFFMAN, DOMINIC P. BEHAN, WILLIAM R. SHANAHAN, JR., and CHRISTY ANDERSON,<br><br>Defendants. | Case No. 10-CV-1984-CAB (BLM) |

| | |
|---|---|
| RODNEY VELASQUEZ, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ARENA PHARMACEUTICALS, INC., JACK LIEF, ROBERT E. HOFFMAN, DOMINIC P. BEHAN, WILLIAM R. SHANAHAN, JR., and CHRISTY ANDERSON,<br><br>Defendants. | Case No. 10-CV-2026-CAB (BLM) |
| THONG VU, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ARENA PHARMACEUTICALS, INC., JACK LIEF, ROBERT E. HOFFMAN, DOMINIC P. BEHAN, WILLIAM R. SHANAHAN, and CHRISTY ANDERSON,<br><br>Defendants. | Case No. 10-CV-2086-CAB (BLM) |
| ARIC D. JACOBSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ARENA PHARMACEUTICALS, INC., JACK LIEF, ROBERT E. HOFFMAN, DOMINIC P. BEHAN, WILLIAM R. SHANAHAN, JR., and CHRISTY ANDERSON,<br><br>Defendants. | Case No. 10-CV-2335-CAB (BLM) |

Cooley LLP
Attorneys At Law
San Diego

Blair. Decl.
Case No. 10-cv-1959-CAB (BLM)

I, Ryan E. Blair, hereby declare as follows:

1. I respectfully submit this declaration as required by the Court's Order Overruling Plaintiff's Objections to Magistrate Judge's July 21, 2017 Order. (Dkt. No. 133.) I prepared this declaration with assistance from lawyers, paralegals, and staff who worked at my direction.

2. I am an attorney licensed to practice law in the State of California and am admitted to practice before this Court. I am a partner with the law firm of Cooley LLP ("Cooley"), an international, multi-service law firm with lawyers working in offices located in Boston, Massachusetts; Broomfield, Colorado; London, United Kingdom; Los Angeles, California; New York, New York; Palo Alto, California; Reston, Virginia; San Diego, California; San Francisco, California; Seattle, Washington; Shanghai, China; and Washington, D.C. Cooley represents Defendants Arena Pharmaceuticals, Inc. ("Arena"), Jack Lief, Robert E. Hoffman, Dominic P. Behan, William R. Shanahan, Jr., and Christy Anderson in this case. I have been involved with this case since its inception.

3. On July 5, 2017, Defendants and Plaintiff both moved to compel responses to certain discovery requests. (Dkt. Nos. 113 & 117.) On July 21, 2017, Magistrate Judge Major resolved both motions in Defendants' favor. (Dkt. No. 122.) On July 28, 2017, Plaintiff filed objections to Judge Major's order. (Dkt. No. 123.) Defendants opposed. (Dkt. No. 125.) On August 21, 2017, the Court overruled Plaintiff's objections and determined that Defendants were entitled to "their fees and costs in connection with their opposition to Plaintiffs' objections to Judge Major's order concerning <u>Defendants' motion to compel</u>." (Dkt. No 133 (emphasis added).) The Court instructed Defendants to file a declaration on or before August 28, 2017 concerning their requested fees.

4. Cooley's brief in opposition (Dkt. No 125) reflected the work of myself, two litigation associates (Craig TenBroeck and Jeanne Detch), and a paralegal specialist (Cynthia Deatrick). I have been a partner at Cooley since 2016. Mr. TenBroeck joined

Cooley LLP
Attorneys At Law
San Diego

Blair. Decl.
Case No. 10-cv-1959-CAB (BLM)

Cooley in 2013 following a federal court clerkship. Ms. Detch joined the firm in 2016 following three federal court clerkships. Ms. Deatrick joined Cooley in 1997.

5. The hours expended by each timekeeper on the opposition brief at each timekeeper's standard hourly rates are detailed below:

| Name | Position | Hours Spent | Billing Rate | Total |
|---|---|---|---|---|
| Ryan Blair | Partner | 6.3 | $900 | $5,670 |
| Craig TenBroeck | Associate | 39.8 | $735 | $29,253 |
| Jeanne Detch | Associate | 1.9 | $595 | $1,130.50 |
| Cynthia Deatrick | Paralegal | 3.6 | $375 | $1,350 |
| | | | | $37,403.50 |

6. A court in this district recently found the rates charged by Cooley's attorneys to be reasonable compared to peer firms. *Gabriel Techs. Corp. v. Qualcomm Inc.*, 2013 WL 410103, at *9 (S.D. Cal. Feb. 1, 2013).

7. Defendants' opposition brief contained approximately 3,752 words. Approximately 1,569 of those words (41.82%) concerned Plaintiff's motion to compel for which Defendants do not seek fees. Cooley therefore requests fees of **$21,762** (58.18% of the total) in connection with its brief. Cooley will provide additional documentation (*i.e.*, invoices) should the Court deem it necessary.

8. I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed on August 28, 2017, in San Diego, California.

*/s/ Ryan E. Blair*
Ryan E. Blair

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

BLAIR. DECL.
CASE NO. 10-CV-1959-CAB (BLM)