KAPLAN FOX & KILSHEIMER LLP
Laurence D. King (SBN 206423)
Mario M. Choi (SBN 243409)
350 Sansome Street, Suite 400
San Francisco, California 94104
Telephone: 415-772-4700
Facsimile: 415-772-4707
lking@kaplanfox.com
mchoi@kaplanfox.com

KAPLAN FOX & KILSHEIMER LLP
Robert N. Kaplan (*pro hac vice*)
Jeffrey P. Campisi (*pro hac vice*)
850 Third Avenue, 14th Floor
New York, New York 10022
rkaplan@kaplanfox.com
jcampisi@kaplanfox.com

*Lead Counsel for Lead Plaintiff Carl Schwartz
and the Proposed Settlement Class*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TODD SCHUENEMAN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ARENA PHARMACEUTICALS, INC., JACK LIEF, ROBERT E. HOFFMAN, DOMINIC P. BEHAN, WILLIAM R. SHANAHAN, and CHRISTY ANDERSON,<br><br>Defendants. | Case No. 3:10-cv-01959-CAB (BLM)<br><br>**NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF SETTLEMENT AND APPROVAL OF PLAN OF ALLOCATION**<br><br>Judge: Hon. Cathy Ann Bencivengo<br>Courtroom: 4C<br>Hearing Date: April 12, 2018<br>Hearing Time: 10:00 a.m. |

[*Additional Captions on Following Pages*]

| | |
|---|---|
| WILLIAM SUTLIFF and JEAN SUTLIFF, on behalf of themselves and all others similarly situated,<br><br>     Plaintiffs,<br><br>     v.<br><br>ARENA PHARMACEUTICALS, INC., JACK LIEF and WILLIAM SHANAHAN, JR.,<br><br>     Defendants. | Case No. 3:10-cv-01961-CAB (BLM) |
| WILLIAM PRATT, individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>     v.<br><br>ARENA PHARMACEUTICALS, INC., JACK LIEF, ROBERT E. HOFFMAN, DOMINIC P. BEHAN, WILLIAM R. SHANAHAN, JR. and CHRISTY ANDERSON,<br><br>     Defendants. | Case No. 3:10-cv-01977-CAB (BLM) |
| CRAIG RUBENSTEIN, individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>     v.<br><br>ARENA PHARMACEUTICALS, INC., JACK LIEF, ROBERT E. HOFFMAN, DOMINIC P. BEHAN, WILLIAM R. SHANAHAN, JR. and CHRISTY ANDERSON,<br><br>     Defendants. | Case No. 3:10-cv-01984-CAB (BLM) |

[*Additional Captions on Following Page*]

| | | |
|---|---|---|
| 1 | RODNEY VELASQUEZ, on behalf of himself and all others similarly situated, | Case No. 3:10-cv-02026-CAB (BLM) |
| 2 | | |
| 3 | Plaintiff, | |
| 4 | v. | |
| 5 | ARENA PHARMACEUTICALS, INC., JACK LIEF, ROBERT E. HOFFMAN, DOMINIC P. BEHAN, WILLIAM R. SHANAHAN, JR. and CHRISTY ANDERSON, | |
| 6 | | |
| 7 | | |
| 8 | Defendants. | |
| 9 | THONG VU, individually and on behalf of all others similarly situated, | Case No. 3:10-cv-02086-CAB (BLM) |
| 10 | | |
| 11 | Plaintiff, | |
| 12 | v. | |
| 13 | ARENA PHARMACEUTICALS, INC., JACK LIEF, ROBERT E. HOFFMAN, DOMINIC P. BEHAN, WILLIAM R. SHANAHAN, and CHRISTY ANDERSON, | |
| 14 | | |
| 15 | | |
| 16 | Defendants. | |
| 17 | ARIC D. JACOBSON, individually and on behalf of all others similarly situated, | Case No. 3:10-cv-02355-CAB (BLM) |
| 18 | | |
| 19 | Plaintiff, | |
| 20 | v. | |
| 21 | ARENA PHARMACEUTICALS, INC., JACK LIEF, ROBERT E. HOFFMAN, DOMINIC P. BEHAN, WILLIAM R. SHANAHAN, JR. and CHRISTY ANDERSON, | |
| 22 | | |
| 23 | | |
| 24 | Defendants. | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT on April 12, 2018, at 10:00 a.m., in Courtroom 4C of the United States District Court for the Southern District of California, Edward J. Schwartz U.S. Courthouse, 221 West Broadway, San Diego, California 92101, the Honorable Cathy Ann Bencivengo presiding, Lead Plaintiff Carl Schwartz will and hereby do move for an Order pursuant to Rule 23 of the Federal Rules of Civil Procedure (i) granting final approval to the proposed settlement of the above-captioned consolidated securities class actions (the "Action"), which the Court preliminarily approved on November 30, 2017 (ECF No. 156); and (ii) approving the proposed plan for allocating the settlement proceeds to the Class (the "Plan of Allocation").

This motion is based upon this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the accompanying Declaration of Jeffrey P. Campisi in Support of (1) Lead Plaintiff's Motion for Approval of Settlement and Approval of Plan of Allocation; (2) Lead Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Expenses; and (3) Lead Plaintiff's Request for Reasonable Costs and Expenses, dated March 8, 2018, and the exhibits thereto, the Stipulation and Agreement of Settlement dated November 3, 2017, filed previously with the Court (ECF No. 152), the pleadings and records on file in this action, and other such matters and argument as the Court may consider at the hearing of this motion.

The deadline for filing any objections to the Settlement or Plan of Allocation expires on March 22, 2018.  Lead Counsel will address any objections that may be filed on or before April 5, 2018.

KAPLAN FOX & KILSHEIMER LLP

DATED: March 8, 2018    By: /s/  *Laurence D. King*
                            Laurence D. King

| | |
|---|---|
| 1 | Laurence D. King (SBN 206423) |
| 2 | Mario M. Choi (SBN 243409) |
|   | 350 Sansome Street, Suite 400 |
| 3 | San Francisco, California 94104 |
|   | Telephone: 415-772-4700 |
| 4 | Facsimile:  415-772-4707 |
|   | lking@kaplanfox.com |
| 5 | mchoi@kaplanfox.com |

KAPLAN FOX & KILSHEIMER LLP
Robert N. Kaplan (*pro hac vice*)
Jeffrey P. Campisi (*pro hac vice*)
850 Third Avenue, 14th Floor
New York, New York 10022
rkaplan@kaplanfox.com
jcampisi@kaplanfox.com

*Lead Counsel for Lead Plaintiff Carl Schwartz and the Proposed Settlement Class*

**CERTIFICATE OF SERVICE**

I, Laurence D. King, hereby declare that on March 8, 2018 I caused the foregoing to be filed electronically using the Court's CM/ECF system which sent notification of the filing to counsel of record registered for service in this action.

*/s/ Laurence D. King*
Laurence D. King