

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| See Attachment | **Civil Action No.**   10cv1959-CAB-BLM |
| **Plaintiff,** | |
| V. | |
| See Attachment | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court grants final approval of the proposed Settlement and Plan of Allocation [Doc. No. 158]; The Court grants in part Lead Counsel's motion for attorneys' fees, costs and class representative payments [Doc. No. 159]; The Court grants Lead Counsel attorneys' fees in the amount of 15% of the cash consideration ($1,803,750.00) and 15% of the settlement shares, which results in a fee award equaling $3,600,000, and $152,781.77 in costs from the Settlement fund; The Court grants a class representative award of $2,000 to Lead Plaintiff Carl Schwartz to be paid from the settlement fund; The Court grants final approval of $250,000 in settlement administration costs to be paid from the settlement fund to Garden City Group, LLC.  The two class members who asked to opt out of the settlement are excluded from the class.  The Court retains continuing jurisdiction over this settlement solely for the purposes of enforcing the agreement, addressing settlement administration matters, and addressing such post-judgment matters as may be appropriate under Court rules and applicable law.

**Date:**          4/12/18

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/ M. Niebla
                                                     M. Niebla, Deputy

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.**  10cv1959-CAB-BLM

PLAINTIFFS

Todd Schueneman, on behalf of himself and all others similarly situated; William Sutliff; Jean Sutliff; Arena Investors Group; Anthony Caravella; Carl Schwartz

DEFENDANTS

Arena Pharmaceuticals, Inc.; Jack Lief; Dominic P. Behan; William R. Shanahan; Christy Anderson